UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6856

STUART WAYNE TOMPKINS,

             Plaintiff - Appellant,

        v.

DAVID MITCHELL, Superintendant at Mountain View Correctional
Inst.; JOHN DOE BLACK, Mailroom Officer at Mountain View
Correctional Inst.; PAUL TAYLOR, Assist. Superintendant of
Programs at Mountain View Correctional Inst.; MIKE SLAGLE,
at Lumberton Correctional Inst.; SHARON FRAZER, Program
Supervisor at Lumberton Correctional Inst.; JOHN/JANE DOE,
Supervisor, Mailroom at Mountain View Correctional Inst.;
STEVE T. BAILEY, Director at Department of Corrections,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.   Robert J. Conrad,
Jr., Chief District Judge.  (1:10-cv-00186-RJC)

Submitted:  September 29, 2011        Decided:  October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stuart Wayne Tompkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart Wayne Tompkins appeals the district court's orders denying relief on his complaint and numerous post-judgment motions in his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tompkins v. Mitchell, No. 1:10-cv-00186-RJC (W.D.N.C. Oct. 14 & Dec. 28, 2010 & June 22, 2011). We deny Tompkins' motion to compel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED